**DISMISSED and Opinion Filed April 15, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00863-CV**

**LESKEL NICHOLS, Appellant**
**V.**
**DOWNTOWN KWIK LUBE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-00165-D**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Pro se appellant Leskel Nichols appeals the trial court's judgment in his favor.

When appellant filed his brief on January 2, 2020, we determined it was deficient.

By letter dated January 10, 2020, we notified appellant that his brief failed to comply

with the requirements of Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP.

P. 38.1. We provided appellant an opportunity to file an amended brief that complied

with rule 38.1's requirements within ten days and cautioned him that failure to

comply might result in dismissal of the appeal without further notice. *See id.*

38.8(a)(1); 42.3(b), (c). By order dated January 17, 2020, we granted appellant an

extension to February 18, 2020. We again cautioned that failure to comply might

result in dismissal of the appeal without further notice. Appellant did not file an amended brief.

Although civil litigants may represent themselves at trial and on appeal, pro se litigants must adhere to our rules of evidence and procedure, including the appellate rules of procedure. *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 895 (Tex. App.—Dallas 2010, no pet.). Our appellate rules have specific requirements for briefing. *See* TEX. R. APP. P. 38. Among other requirements, the rules require appellants to state concisely their complaints; provide understandable, succinct, and clear argument showing why their complaints are meritorious in fact and in law; cite and apply applicable law; and provide appropriate references to the record. *See id*. 38.1(f–i); *Bolling*, 315 S.W.3d at 895. If an appellant fails to provide adequate briefing, we may dismiss the appeal. TEX. R. APP. P. 42.3; *Bolling*, 315 S.W.3d at 895–96.

Appellant failed to file a brief that complies with our briefing rules, despite being notified of his brief's deficiencies and being given multiple opportunities to amend. Appellant's brief fails to provide a concise statement of facts supported by record references or argument with appropriate citations to the record and legal authorities. *See* TEX. R. APP. P. 38.1(g), (i). Without adequate briefing, especially the lack of support by reference to the record and authorities, appellant is not entitled to judicial review. *See id*.; *Bolling*, 315 S.W.3d at 895–96.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c); *Bolling*, 315 S.W.3d at 895–96.


        /Robert D.Burns, III/
        ROBERT D. BURNS, III
        CHIEF JUSTICE


190863F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LESKEL NICHOLS, Appellant

No. 05-19-00863-CV     V.

DOWNTOWN KWIK LUBE,
Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-19-00165-
D.
Opinion delivered by Chief Justice
Burns. Justices Whitehill and
Molberg participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee DOWNTOWN KWIK LUBE recover its costs
of this appeal, if any, from appellant LESKEL NICHOLS.

Judgment entered April 15, 2020